IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:                              )

MICHAEL DEAN BEDSOLE,                )      Case Number: 16-80613

   Debtor.                          )

## MOTION TO DISMISS

Comes now the Debtor, Michael Dean Bedsole, and voluntarily moves this Honorable Court to dismiss his above styled Chapter 13 Bankruptcy case.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this Honorable Court will grant this motion and dismiss his above styled Chapter 13 case.

Respectfully submitted this the 1st day of July, 2016.

                                       /s/ Michael Dean Bedsole
                                       Debtor

                                       /s/ Paul D. Esco
                                       PAUL D. ESCO ASB-3772-O61P
                                       Attorney for Debtor

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
547 South Lawrence Street
Montgomery, Alabama 36104
334/832-9100
334/832-4527 [fax]
E-mail: paul.esco@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of July, 2016, a copy of the foregoing was served electronically or by Regular U.S. Mail to all interested parties, creditors, and the Chapter 13 Trustee.

                                       /s/ Paul D. Esco
                                       PAUL D. ESCO